UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80526-CIV-COHN/SELTZER

ROBERT TOBACK, on behalf of himself
and all others similarly situated,

    Plaintiff,

vs.

GNC HOLDINGS, INC., GNC CORPORATION,
GENERAL NUTRITION CORPORATION, and
GENERAL NUTRITION CENTERS, INC.,

    Defendants.
_____/

## SCHEDULING ORDER

THIS CAUSE is before the Court on the Scheduling Conference held on August 6, 2013, before the undersigned. Trial in this cause is set for the two-week trial period commencing May 5, 2014. In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter. To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| | |
|---|---|
| Parties Exchange Rule 26(a) Disclosures | September 6, 2013 |
| Joinder of Parties and Amendment of Pleadings | December 16, 2013 |
| Fact Discovery Completed | January 24, 2014 |
| Expert Discovery Completed | February 14, 2014 |
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | February 28, 2014 |

| | |
|---|---|
| Mediation Completed | April 4, 2014 |
| Motions in Limine | April 18, 2014 |
| Responses to Motions in Limine, Joint Pretrial Stipulation, and Designation of Deposition Excerpts for Trial | April 28, 2014 |
| Submission of Voir Dire Questions and Objections to Deposition Designations[1] | Day of Calendar Call (May 1, 2014) |

**Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 6th day of August 2013.

_____
BARRY S. SELTZER
CHIEF UNITED STATES MAGISTRATE JUDGE

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record and
unrepresented parties

---

[1] Prior to the filing of any objections to deposition designations, the parties must confer in an effort to reduce or eliminate these objections.